IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERT L. WARD,

           Plaintiff,

vs.                                      Case No. 20-3062-SAC

LYON COUNTY SHERIFF'S DEPARTMENT,
et al.,

           Defendants.

## **O R D E R**

On May 26, 2020, the court filed an order (Doc. No. 5) directing plaintiff to show cause why his federal claims should not be dismissed or file an amended complaint. The court set a deadline of June 22, 2020. Plaintiff has not responded to the court's order.

For the reasons stated in Doc. No. 5, the court finds that plaintiff has failed to state a claim for relief under federal law. The court shall not exercise jurisdiction over any state law claims which may be part of plaintiff's complaint. Smith v. City of Enid ex rel. Enid City Comm'n, 149 F.3d 1151, 1156 (10th Cir.1998) ("When all federal claims have been dismissed, the court may, and usually should, decline to exercise jurisdiction over any remaining state claims.").

1

Therefore, the court directs that this case be dismissed. The dismissal of this action renders moot plaintiff's application for leave to proceed in forma pauperis – Doc. No. 3.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2020, at Topeka, Kansas.

s/Sam A. Crow_____
Sam A. Crow, U.S. District Senior Judge